| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Golden, Thomas M | 2. Court or Organization<br><br>U.S. Eastern District Ct of PA | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge -Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>The Madison Building - Rm 401<br>400 Washington Street<br>Reading, PA 19601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Partner | Golden Masano Bradley - See Part VIII - #1 |
| 2. Advisory Board Member | National Penn Bank - See Part VIII - #2 |
| 3. Co-Trustee | Trust #1 - See Part VIII - #16 |
| 4. Chairman | Pennsylvania Supreme Count Continuing Legal Education Committee - See Part VIII - #3 |
| 5. Advisory Board Member | Pennsylvania for Modern Courts - See Part VIII - #4 |
| 6. Trustee | Pennsylvania Bar Insurance Fund & Trust - See Part VIII - #5 |
| 7. Director | Lawyers Concerned for Lawyers, Inc. - See Part VIII - #6 |
| 8. Co-Trustee | Trust #2 - See Part VIII - #7 |

2007 MAY 15 A 10: 58 FINANCIAL DISCLOSURE OFFICE RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Masano Bradley law firm 401(K) Profit Sharing Plan, no control |
| 2. 2006 | Golden Masano Bradley purchase agreement of law firm interest. It is a five (5) year contract. See Part VIII - #8 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Golden Masano Bradley | $ 395,978.00 |
| 2. 2006 | National Penn Bank - advisory board fees | $ 510.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2 | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | PA Supreme Court Continuing Legal Education Board | September 13-14 - Pittsburgh, PA - Meeting of Board of Directors (Transportation, Meals, and Room) |
| 2. | PA Supreme Court Continuing Legal Education Board | December 6-7 - Harrisburg, PA - Meeting of Board of Directors (Transportation, Meals, and Room) |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Berks County Bar Association | Judicial Robe | $ 231.00 |
| 2. | Pennsylvania Bar Association | Contribution to reception after induction ceremony | $ 2,900.00 |
| 3. | Masano Bradley, former law firm | Payment of expenses for receptions in Reading & Philadelphia after induction ceremony | $ 14,076.78 |
| 4. | PA Supreme Court Continuing Legal Education Board | Clock in honor of service to Board | $ 1,232.00 |
| 5. | USI Colburn | Lodging, Food & Golf at Hershey | $ 600.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Allianz Alterity annuity | | None | L | T | Exempt | | | | |
| 2. National Penn Bancshares, Inc. - common stock | D | Dividend | M | T | | | | | |
| 3. Sovereign Bancorp Inc. - common stock | A | Dividend | L | T | | | | | |
| 4. Brokerage Account #1 | | | | | Transfer out | 07/26 | | | See Section VIII - #9 |
| 5. Liquid Asset Fund | | None | | | Transfer out | 07/26 | | | |
| 6. - Erie PA - municipal bonds | | None | | | Transfer out | 07/26 | | | |
| 7. - Bethlehem Center School District PA - municipal bonds | | None | | | Transfer out | 07/26 | | | |
| 8. - Oley Valley PA School District - municipal bond | | None | | | Transfer out | 07/26 | | | |
| 9. Brokerage Account #2 | | | | | Transfer in | 07/26 | | | See Section VIII #9 |
| 10. Municipal Money Market FD CL A | C | Interest | M | T | Transfer in | 07/26 | | | |
| 11. - Erie PA - municipal bonds | | None | K | T | Transfer in | 07/26 | | | |
| 12. - Bethlehem Center School District PA - municipal bonds | | None | K | T | Transfer in | 07/26 | | | |
| 13. - Oley Valley PA School District - municipal bond | | None | K | T | Transfer in | 07/26 | | | |
| 14. 401(K) account - #I | E | None | N | T | | | | | See Section VIII - #10 |
| 15. - Russell Life Bal Str (D) Sep Account | | None | | | Transfer in | | N | | Transferred in 11/18/05 |
| 16. - Principal Money Mkt Sep Acct | | Interest | | | Transfer out | | K | | Transferred out 11/18/05 |
| 17. - Principal Bond and Mortgage Sep Acct | | Interest | | | Transfer out | | K | | Transferred out |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | 11/18/05 |
| 18. - Prin Ptr Lg-Cap Value Sep Acct | | Dividend | | | Transfer out | | L | | Transferred out 11/18/05 |
| 19. - Prin Ptr Md-Cap Gr II Sep Acct | | Dividend | | | Transfer out | | K | | Transferred out 11/18/05 |
| 20. - Prin Sm Cap Stk Idx Sep Acct | | None | | | Transfer out | | K | | Transferred out 11/18/05 |
| 21. - Prin Ptr Lg-Cap Growth I Sep Acct | | Dividend | | | Transfer out | | K | | Transferred out 11/18/05 |
| 22. - Prin Ptr International Sep Acct | | Dividend | | | Transfer out | | L | | Transferred out 11/18/05 |
| 23. - Principal Sm Co Blend Sep Acct | | Dividend | | | Transfer out | | K | | Transferred out 3/1/05 |
| 24. - Principal Financial Group, Inc. - stock | | Dividend | | | Transfer out | | J | | Transferred out 11/18/05 |
| 25. - Fid Adv Mid Cap Sep Acct - | | Dividend | | | Transfer out | | J | | Transferred out 11/18/05 |
| 26. - Amer Cent Ultra (Adv) Sep Acct | | Dividend | | | Transfer out | | K | | Transferred out 3/1/05 |
| 27. IRA - account #1 | | Dividend | | | Transfer out | 07/26 | | | See Part VIII - #11 |
| 28. - Liquid Asset Fund | | Interest | | | Transfer out | 07/26 | | | |
| 29. - Altria Group Inc - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 30. - Apache Corp - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 31. - Arrow Intl Inc - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 32. - Conocophillips - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 33. - Drill-Quip Inc - common stock | | Dividend | | | Transfer out | 07/26 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - Exxon Mobil Corp - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 35. - Guidant Corp - common stock | | Dividend | | | Sell | 04/26 | J | C | |
| 36. - Johnson & Johnson - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 37. - Kraft Foods Inc Cl A | | Dividend | | | Transfer out | 07/26 | | | |
| 38. - Lucent Technologies - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 39. - Morgan Stanley - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 40. - Sovereign Bancorp Inc - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 41. - Tyco International LTD New - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 42. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | Transfer out | 07/26 | | | |
| 43. - AXA ADS - common stock | | Dividend | | | Sell | | J | | Sold 2/24/05 |
| 44. - St. Joe Company - common stock | | Dividend | | | Buy-transfer | 01/31 | J | | |
| 45. - Boston Scientific Corp. - common stock | | Dividend | | | Buy-Tranfer | 04/25 | J | | |
| 46. - Pepsico Inc. NC - common stock | | Dividend | | | Buy-Transfer | 01/31 | J | | |
| 47. IRA - account #1A | C | Dividend | M | T | Transfer in | 7/26 | | | See Part VIII - #11 |
| 48. - Bank Deposit Program | | Interest | | | Transfer in | 7/26 | | | |
| 49. - Altria Group Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 50. - Apache Corp - common stock | | Dividend | | | Transfer in | 7/26 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - Arrow Intl Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 52. - Conocophillips - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 53. - Drill-Quip Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 54. - Exxon Mobil Corp - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 55. - Johnson & Johnson - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 56. - Kraft Foods Inc Cl A | | Dividend | | | Transfer in | 7/26 | | | |
| 57. Alcatel-Lucent ADR - Lucent Technologies - common stock | | Dividend | | | Transfer in | 7/26 | | | stock conversion |
| 58. - Morgan Stanley - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 59. - Sovereign Bancorp Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 60. - Tyco International LTD New - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 61. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 62. - St. Joe Company - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 63. - Boston Scientific Corp. - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 64. - Pepsico Inc. NC - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 65. IRA - account #2 | | Dividend | | | Transfer out | 7/26 | | | See Part VIII - #12 |
| 66. - Liquid Asset Fund | | Interest | | | Transfer out | 7/26 | | | |
| 67. - Altria Group Inc - common stock | | Dividend | | | Transfer out | 7/26 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. - Apache Corp - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 69. - Arrow Intl Inc - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 70. - Conocophillips - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 71. - Drill-Quip Inc - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 72. - Guidant Corp - common stock | | Dividend | | | Sell | 4/26 | J | C | |
| 73. - Johnson & Johnson - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 74. - Kraft Foods Inc Cl A | | Dividend | | | Transfer out | 7/26 | | | |
| 75. - Lucent Technologies - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 76. - Morgan Stanley - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 77. - Sovereign Bancorp Inc - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 78. - Tyco International Ltd New - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 79. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | Transfer out | 7/26 | | | |
| 80. - AXA ADS - common stock | | Dividend | | | Sell | | J | | Sold 2/5/05 |
| 81. - Cox Radio Inc. CL-A | | Dividend | | | Sell | | J | A | Sold 2/24/05 |
| 82. - St. Joe Company - common stock | | Dividend | | | Buy-Transfer | 01/31 | J | | |
| 83. - Boston Scientific Corp. - common stock | | Dividend | | | Buy-Transfer | 04/25 | J | | |
| 84. - Pepsico Inc. NC - common stock | | Dividend | | | Buy-Transfer | 01/31 | J | ´ | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.   IRA - account #2A | C | Dividend | M | T | Transfer in | 7/26 | | | See Part VIII - #12 |
| 86.   - Bank Deposit Fund | | Interest | | | Transfer in | 7/26 | | | |
| 87.   - Altria Group Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 88.   - Apache Corp - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 89.   - Arrow Intl Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 90.   - Conocophillips - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 91.   - Drill-Quip Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 92.   - Johnson & Johnson - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 93.   - Kraft Foods Inc Cl A | | Dividend | | | Transfer in | 7/26 | | | |
| 94.   Alcatel-Lucent ADR - Lucent Technologies - common stock | | Dividend | | | Transfer in | 7/26 | | | stock conversion |
| 95.   - Morgan Stanley - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 96.   - Sovereign Bancorp Inc - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 97.   - Tyco International Ltd New - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 98.   - Wachovia Corp 2nd New Com - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 99.   - St. Joe Company - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 100.  - Boston Scientific Corp. - common stock | | Dividend | | | Transfer in | 7/26 | | | |
| 101.  - Pepsico Inc. NC - common stock | | Dividend | | | Transfer in | 7/26 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Inherited IRA - account #3 | E | Dividend | O | T | | | | | |
| 103. - Schwab Money Market Fund | | Interest | | | | | | | |
| 104. - Baxter Intl CV Pfd 7% - preferred stock | | Dividend | | | Part Sale | 10/24 | J | B | |
| 105. - Ford Cap Trust II Conv Pfd - preferred stock | | Dividend | | | | | | | |
| 106. - Travelers Property CV PFD 4.5% - preferred stock | | Dividend | | | | | | | |
| 107. - Argon St Inc - common stock | | Dividend | | | sell | 06/06 | K | D | |
| 108. - Allied Capital Corporation - common stock | | Dividend | | | | | | | |
| 109. - Amsouth Bancorp - common stock | | Dividend | | | sell | 03/03 | J | B | |
| 110. - Bank of America Corp - common stock | | Dividend | | | | | | | |
| 111. - Key Corp - common stock | | Dividend | | | Part Sale | 09/19 | J | C | |
| 112. - National City Corp - common stock | | Dividend | | | | | | | |
| 113. - Washington Mutual - common stock | | Dividend | | | Sell | 09/01 | J | | |
| 114. - Waste Management Inc - common stock | | Dividend | | | Sell | 05/02 | K | C | |
| 115. - General Electric - common stock | | Dividend | | | | | | | |
| 116. - Black & Decker Corp - common stock | | Dividend | | | Part Sale | 06/08 | K | D | |
| 117. - Coast Distribution Services - common stock | | Dividend | | | | | | | |
| 118. - Chromcraft Revington Inc - common stock | | Dividend | | | Sell | 06/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. - Fortune Brands Inc - common stock | | Dividend | | | Part Sale | 06/08 | J | | |
| 120. - Centex Corp - common stock | | Dividend | | | Sell | 09/07 | K | | |
| 121. - KB Home - common stock | | Dividend | | | | | | | |
| 122. - MDC Holdings Inc - common stock | | Dividend | | | Sell | 06/06 | J | | |
| 123. - Standard Pacific Corp - common stock | | Dividend | | | Sell | 03/03 | K | | |
| 124. - Biloxi Marsh Lands Corp - common stock | | Dividend | | | Buy | 05/02 | J | | |
| 125. - Chevron Corp - common stock | | Dividend | | | | | | | |
| 126. - Conocophillips - common stock | | Dividend | | | | | | | |
| 127. - Dawson Geophysical Co - common stock | | Dividend | | | Part Sale | 06/06 | K | E | |
| 128. - Devon Energy Corp - common stock | | Dividend | | | Part Sale | 10/24 | J | D | |
| 129. - Oil States Intl - common stock | | Dividend | | | | | | | |
| 130. - Johnson and Johnson - common stock | | Dividend | | | | | | | |
| 131. - Gorman-Rupp Co - common stock | | Dividend | | | Sell | 10/24 | K | D | |
| 132. - 21st Century Holding Co - common stock | | Dividend | | | | | | | |
| 133. - Donegal Group Inc Cl A - common stock | | Dividend | | | | | | | |
| 134. - National Security Group - common stock | | Dividend | | | | | | | |
| 135. - TJX Companies Inc - common stock | | Dividend | | | Sell | 06/06 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - Hewlett-Packard Co - common stock | | Dividend | | | Sell | 03/03 | K | D | |
| 137. - International Paper - common stock | | Dividend | | | Sell | | J | | Sold 2/3/05 |
| 138. - Anadarko Petroleum Corp - common stock | | Dividend | | | Sell | | K | | Sold 3/9/05 |
| 139. - McDonalds Corp - common stock | | Dividend | | | Sell | | J | | Sold 3/9/05 |
| 140. - American Int'l Group - common stock | | Dividend | | | Sell | | J | | Sold 3/9/05 |
| 141. - Hooker Furniture Corp - common stock | | Dividend | | | Sell | | K | | Sold 4/4/05 |
| 142. - M/I Homes Inc - common stock | | Dividend | | | Sell | | J | | Sold 4/15/05 |
| 143. - Velcro Industries - common stock | | Dividend | | | Sell | | K | | Sold 4/20/05 |
| 144. - Cigna Corp - common stock | | Dividend | | | Sell | | K | | Sold 6/22/05 |
| 145. - Allstate Corporation - common stock | | Dividend | | | Buy | 01/09 | K | | |
| 146. - Alliance Gaming - common stock | | Dividend | | | Sell | | J | | Sold 7/15/05 |
| 147. - Cisco Systems Inc - common stock | | Dividend | | | Sell | | J | | Sold 7/15/05 |
| 148. - Deere & Co - common stock | | Dividend | | | Sell | | K | | Sold 8/16/05 |
| 149. - Devon Energy Corp - common stock | | Dividend | | | Sell | 10/24 | J | D | |
| 150. - Masco Corp - common stock | | Dividend | | | Sell | | J | B | Sold 10/20/05 |
| 151. - Doral Financial - common stock | | Dividend | | | Sell | | J | | Sold 10/20/05 |
| 152. - Whirlpool Corp - common stock | | Dividend | | | Sell | | K | D | Sold 10/20/05 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153.   - Bel Fuse Class B- | | Dividend | | | Sell | | K | A | Sold 10/26/05 |
| 154.   - A T & T Inc. - common stock | | Dividend | | | Buy | 11/06 | J | | |
| 155.   - Caterpillar, Inc. - common stock | | Dividend | | | Buy | 09/06 | J | | |
| 156.   - Coventry Health Care Inc. - common stock | . | Dividend | | | Buy | 09/19 | K | | |
| 157.   - Endurance Specialty Holdings LTD - common stock | | Dividend | | | Buy | 11/06 | J | | |
| 158.   - Freeport-McMoran Copper & Gold Inc - common stock | | Dividend | | | Buy | Var. | K | | See Part VIII - #13 |
| 159.   - Goldman Sachs Group - common stock | | Dividend | | | Buy | 03/14 | J | | |
| 160.   - Hartford Financial Services Group - common stock | | Dividend | | | Buy | 08/17 | K | | |
| 161.   - Home Depot Inc. - common stock | | Dividend | | | Buy | 03/03 | J | | |
| 162.   - Noble Corp - common stock | | Dividend | | | Buy | Var | J | | See Part VIII - #14 |
| 163.   - Phelps Dodge Corp NY Com | | Dividend | | | Buy | Var | J | | See Part VIII - #15 |
| 164.   - Time Warner Inc - common stock | | Dividend | | | Buy | 02/03 | J | | |
| 165.   - TODCO-CL A - common stock | | Dividend | | | Buy | 03/03 | J | | |
| 166.   National Penn Bank - account | B | Interest | K | T | | | | | |
| 167.   Sovereign Bank - account | A | Interest | J | T | | | | | |
| 168.   Golden Masano Bradley - partnership interest | D | Interest | O | T | sell | 07/01 | O | G | Masano Bradley |
| 169.   National Penn Bank - Golden Masano | | None | | | Resigned | 07/01 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | T =Cash Market | | |
| | U =Book Value | S =Assessment | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Bradley ptr accounts | | | | | | | | | |
| 170. Sovereign Bank - Golden Masano Bradley ptr account | | None | | | Resigned | 07/01 | | | |
| 171. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 172. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 173. MetLife - flexible premium life policy | B | Interest | K | T | | | | | |
| 174. MetLife - flexible premium life policy | B | Interest | K | T | | | | | |
| 175. Trust #1 - Co-Trustee | | Dividend | | | Resigned | 05/17 | | | See Part VIII #16 |
| 176. - National Penn Bank Cash Management | | Interest | | | Resigned | 05/17 | | | |
| 177. - Artisan International Fd-Inv - common stock | | Dividend | | | Resigned | 05/17 | | | |
| 178. - Excelsior Value & Restructuring Fund | | Dividend | | | Resigned | 05/17 | | | |
| 179. - Harbor Capital Appreciation Fund | | Dividend | | | Resigned | 05/17 | | | |
| 180. - Mairs and Power Growth Fund, Inc | | Dividend | | | Resigned | 05/17 | | | |
| 181. - Pimco Total Return Fund | | Dividend | | | Resigned | 05/17 | | | |
| 182. - Western Asset Core Plus Bond Portfolio | | Dividend | | | Resigned | 05/17 | | | |
| 183. 401K Account #1 - Co-Trustee | | None | | | Resigned | | | | See Part VIII - #17 |
| 184. - Principal Financial Group -Guaranteed Interest Accounts | | Interest | | | Resigned | | | | |
| 185. - Principal Money Mkt Sep Account | | Interest | | | Resigned | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. - Principal Bond and Mtg Sep Acct | | Interest | | | Resigned | | | | |
| 187. - Alliance LgCap Value Sept Acct | | Dividend | | | Resigned | | | | |
| 188. - Mason St Hi YD Bd (A) Sep Acct | | Dividend | | | Resigned | | | | |
| 189. - Principal Lg Cap Stk Idx Sep Acct | | Dividend | | | Resigned | | | | |
| 190. - Principal U.S. Property Sep Acct | | Dividend | | | Resigned | | | | |
| 191. - Principal Med Co Value Sep Acct | | Dividend | | | Resigned | | | | |
| 192. - Russ Life Agg Str (D) Sep Acct | | Dividend | | | Resigned | | | | |
| 193. - Russ Life Bal Str (D) Acct | | Dividend | | | Resigned | | | | |
| 194. - Russ Life EqAg St (D) Sep Acct | | Dividend | | | Resigned | | | | |
| 195. - Russ Life Mod Str (D) Sep Acct | | Dividend | | | Resigned | | | | |
| 196. - Fidelity Md-Cp Gr II Sep Acct | | Dividend | | | Resigned | | | | |
| 197. - Principal Mid-Cap Stk Idx Sep Acct | | Dividend | | | Resigned | | | | |
| 198. - Principal Sm-Cap Stk Idx Sep Acct | | Dividend | | | Resigned | | | | |
| 199. - T. Rowe Price LgCap Growth I Sep Acct | | Dividend | | | Resigned | | | | |
| 200. - Fidelity Intl Sep Acct | | Dividend | | | Resigned | | | | |
| 201. - Prin Fin Grp Inc Stk Sep Acct | | Dividend | | | Resigned | | | | |
| 202. - Principal LifeTm 2010 Sep Acct | | Dividend | | | Resigned | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203.  - Principal LifeTm 2020 Sep Acct | | Dividend | | | Resigned | | | | |
| 204.  - Principal Life Tm 2030 Sep Acct | | Dividend | | | Resgined | | | | |
| 205.  - Prin Ptr Lg-Cap Value Sep Acct | | Dividend | | | Resigned | | | | |
| 206.  - Prin Ptr Lg-Cap Gr 1 Sep Acct | | Dividend | | | Resigned | | | | |
| 207.  - Princ Ptnr Md-Cp Gr II Sep Acct | | Dividend | | | Resigned | | | | |
| 208.  - Prin Ptr International Sep Act | | Dividend | | | Resigned | | | | |
| 209.  - Prin Ptr Lg-Cap Bld I Sep Acct | | Dividend | | | Resigned | | | | |
| 210.  - Prin Ptr Lg-Cap Blend Sep Acct | | Dividend | | | Resigned | | | | |
| 211.  - Prin Stock Emph Bal Sep Acct | | Dividend | | | Resigned | | | | |
| 212.  - Russ Life Con Str (D) Sep Acct | | Dividend | | | Resigned | | | | |
| 213.  - Amer Cent Ultra (Adv) Sep Acct | | Dividend | | | Resigned | | | | |
| 214.  - Fid Adv Mid Cap Sep Acct | | Dividend | | | Resigned | | | | |
| 215.  - INVESCO Leisure Sep Acct | | Dividend | | | Resigned | | | | |
| 216.  - Principal Lg Co Grwth Sep Acct | | Dividend | | | Resigned | | | | |
| 217.  - Principal Med Co Blnd Sep Acct | | Dividend | | | Resigned | | | | |
| 218.  - Principal Med Co Gr Sep Acct | | Dividend | | | Resigned | | | | |
| 219.  - Prin Ptr Sm-Cap Blend Sep Acct | | Dividend | | | Resigned | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. - Principal Sm Co Blend Sep Acct | | Dividend | | | Resigned | | | | |
| 221. - Principal Sm Co Grwth Sep Acct | | Dividend | | | Resigned | | | | |
| 222. Estate #1 - Executor | | | | | Finalized | | | | See Part VIII #18 |
| 223. - Sovereign Bank - account | | None | | | Finalized | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1). Part I, Page 1, Line #1 - Resigned July 1, 2006.

2). Part I, Page I, Line #2 - Resigned May 10, 2006.

3). Part I, Page 1, Line #4 - Resigned October 27, 2006.

4). Part I. Page I, Line #5 - Resigned May 10, 2006.

5). Part I, Page 1, Line #6 - Uncompensated to serve as one of several Trustees of a Trust Fund of the Pennsylvania Bar Association to promote education and charitable purposes associated with the legal profession and the administration of justice, with particular reference to the promotion of such purposes in the Commonwealth of Pennsylvania.

6). Part I, Page 1, Line #7 - Resigned November 13, 2006.

7). Part I. Page I, line 8, Trust #2 - Unfunded life insurance trust. Co-Trustees were not compensated. Resigned October 5, 2006.

8). Part II, Page 2, Line #2 - The Agreement provides for the reimbursment of certain expenses and lease payments by the partnership. Said sums have been paid by the partnership as of the date of this report. The Agreement also provides for an initial payment of $202,351.00 in the year 2006 and monthly payments of $11,777.35 over the term of the Agreement. The Agreement will terminate on July 1, 2011.

9). Part VII, Line #4, Brokerage Account #1 - All assets in this brokerage account were transferred to another brokerage firm on July 26, 2007. The new account is listed as Brokerage Account #2 starting at line #9.

10). Part VII, Line #14, 401(K) Account #1 - All investments listed in lines #16 through #26 were transferred and consolidated into one (1) investment listed on Line #15 of the 401(K) Account.

11). Part VII, Line #27, IRA - Account #1 - Assets in this IRA account were transferred to another brokerage firm on July 26, 2007. The new account is listed as IRA Account #1A starting at line #47.

12). Part VII, Line #65, IRA - Account #2 - Assets in this IRA account were transferred to another brokerage firm on July 26, 2007. The new account is listed as IRA Account #2A starting at line #85.

13). Part VII, Line #158 - Investments were purchased on 4/18/06, 8/17/06, and 9/19/2006.

14). Part VII, Line #162 - Investments were purchased on 8/17/2006 and 9/19/2006.

15). Part VII, Line #163 - Investments were purchased on 4/10/2006 and 9/19/2006.

16). Part VII, Line #175 - Trust #1-Co-Trustee. Resigned May 17, 2006.

17). Part VII, Line #183 - 401K Account #1 - Co-Trustee - Resigned November 3, 2005.

18). Part VII, Line #222 - Estate #1 - Executor - A minimal distribution was made for the benefit of the sole beneficiary on January 26, 2005 to close estate checking account and to close the administration of the estate. The account did not receive any interest, nor were there any fees paid in 2005 and 2006. Executorship was discharged and terminated by Adjudication and Decree of the Orphans' Court of Berks County, Commonwealth of Pennsylvania.

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉▉▉ Date 5/14/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544